IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KIRKPATRICK JR.,                                    No. C 07-3819 VRW

        Plaintiff,

  v.                                                                    **JUDGMENT IN A CIVIL CASE**

ROBERT L. AYERS,

        Defendant.

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( x )  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order dismissing the complaint without prejudice to refiling after exhausting California's prison administrative process filed September 11, 2007, judgment will be entered for the defendant and against plaintiff.

Dated: September 11, 2007                                   Richard W. Wieking, Clerk

                                                                                                        By: *Cora Klein*
                                                                                                        Deputy Clerk